**CORNTC (02/03)**



United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280
www.dcb.uscourts.gov

**In Re**  
Carlos Roberto Allen  
**Debtor**

**Case No.** 16−00023

**Chapter** 7

## CORRECTION NOTICE

=====================

   Due to an administrative error, please disregard the following notice(s) you received in the above−captioned case.

Bankruptcy Case Closed ; Bankruptcy Case Reopened Solely to Administer Adversary Proceeding.

Dated: 4/25/18

For the Court:  
Angela D. Caesar  
BY: vr